IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| | | |
|---|---|---|
| IN THE MATTER OF THE TRACKING OF A 2014 WHITE NISSAN MAXIMA (VIN: 1N4AA5APXEC488637), BEARING NORTH CAROLINA LICENSE PLATE FCL3419 | : : : | CASE NO. 3:18MJ652  **FILED UNDER SEAL** |

## SECOND ORDER FOR DELAYED NOTIFICATION

IT IS HEREBY ORDERED that, in accordance with 18 U.S.C. §§ 2705 and 3103a(b) and Rule 41(f)(3) (to the extent applicable), the government's motion for delayed notification is GRANTED. The government is hereby authorized to delay notice of the Tracking Warrant in the above-captioned matter to the person whose property was tracked for an additional ninety (90) days, up to and including June 2, 2019, unless further extended by this Court.

Upon motion of the government, and for good cause shown, it is further ORDERED that the government's motion for delayed notification and this order, shall be SEALED, and the Clerk is instructed not to unseal these items unless otherwise ordered by the Court.

3-4-19
DATE

HON. SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE